UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 05-20552 JHW

Debtor: Leon & Yanesoreya Powell

| Check Number | Creditor | Amount |
|---|---|---|
| 1693195 | Leon & Yanesoreya Powell | 225.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 2, 2010